UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Juan Zapata Obispo

      v.                                                Civil No. 1:26-cv-00486-JL-TSM

Todd Blanche, et al.

## **<u>ORDER</u>**

Before the court is the habeas petition brought by Juan Zapata Obispo challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the government notes that it "object[s] to this Court ordering relief based on *Destino*" on the ground that the case was "wrongly decided," but concedes that "the Court will reach the same result and would order that Petitioner be afforded a bond hearing before an [I]mmigration [J]udge" if it applied *Destino*'s reasoning here.[3]

Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable.  The petition is DENIED in all other respects.  The parties shall file a status report on or before **June 29, 2026**.

        SO ORDERED.

                                        Joseph N. Laplante
                                        United States District Judge

Dated: June 17, 2026

Cc: Counsel of record

---

[1] Doc. no. 1.
[2] Doc. no. 3.
[3] Show Cause Response (doc. no. 5) at 2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] Doc. no. 1.